■ In the Matter of ALFRED BLANCHE, Petitioner, v ROBERT WINN, as Washington County District Attorney, et al., Respondents.—Motion for reargument denied. Memorandum: Petitioner has failed to show merit to his appeal. Present— Callahan, J. P., Boomer, Lawton, Balio and Davis, JJ.

■ In the Matter of DR. J.P., Appellant, v MARK R. CHASSIN et al., Respondents.—Motion for a preliminary injunction granted to the extent that the temporary restraining order granted by the Supreme Court in the third ordering paragraph of the order entered August 3, 1992 is hereby continued in effect pending the hearing and determination of the appeal *(see,* CPLR 5518; *see also, Matter of Johnson Newspaper Corp. v Melino,* 77 NY2d 1). Present—Callahan, J. P., Green, Lawton, Boehm and Davis, JJ. (Filed Sept. 23, 1992.)

■ DANIEL OAKES, Respondent, v ELISHA TEWINKLE, Appellant.—Motion for a stay granted to the extent that the ex parte order is hereby vacated *(see,* CPLR 5704 [a]). Present— Denman, P. J., Boomer, Pine, Balio and Davis, JJ. (Filed Sept. 23, 1992.)

■ ANN R. DEWITT, Individually and as Executrix of EDWARD A. DEWITT, Deceased, Respondent, v JOSEPH AGEN et al., Respondents, and GOLUB CORP., Doing Business as PRICE CHOPPER SUPERMARKETS, Appellant.—Motion for a stay denied without prejudice to a motion for a stay addressed to the court in which the action is pending *(see,* CPLR 2201). Present— Callahan, J. P., Boomer, Green, Pine and Fallon, JJ. (Filed Sept. 24, 1992.)

■ JAMES RINE, Appellant, v CITY OF SHERRILL, Respondent.—Motion for poor person relief and extension of time to perfect appeal denied. Memorandum: Plaintiff's motion for leave to appeal as a poor person and for an extension of time to perfect the appeal is denied because he has failed to show merit to the appeal and has failed to demonstrate a reasonable excuse for the delay in perfecting the appeal. Present— Callahan, J. P., Boomer, Green, Pine and Davis, JJ.